Exhibit A to the Complaint

**Location:** North Bellmore, NY  
**Total Works Infringed:** 40  
**IP Address:** 98.113.46.177  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 62466BDA1776D4FFBDFEC93DBD22A74B2D2CA65E | 02/16/2025 05:13:52 | TushyRaw | 12/24/2024 | 01/16/2025 | PA0002509640 |
| 2 | 629DF02CDAC1EC602F343FDCC55EDF3C6307B281 | 11/09/2024 07:09:52 | Blacked Raw | 01/19/2023 | 01/27/2023 | PA0002393081 |
| 3 | F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930 | 11/09/2024 07:06:40 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 4 | FDC03975E0A7CB560EA7914FF36DF1D5F6436205 | 11/09/2024 07:02:12 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 5 | 608585073CBF75089404F0EA7B2B175E95975C22 | 11/09/2024 06:58:49 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 6 | 1BCE6DD7971A13CACF4E42E4D14608BFA6760D1B | 11/07/2024 22:52:42 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 7 | AE2601E30DEB2CA16E561304B40D5A9AD7D38853 | 10/11/2024 14:23:41 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 8 | A454A20B3D58D445314D44DF399C155301F06B70 | 10/11/2024 05:53:08 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 9 | 43bd8ff88009dfb715dee596c13a2fc29b25b6a5 | 10/05/2024 01:45:16 | Vixen | 02/24/2023 | 03/07/2023 | PA0002400307 |
| 10 | eaecdac066958dd31c1b553fb62fe7fb425615ea | 07/06/2023 03:32:33 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 11 | f25a8dd3192fa2965ba54a591774a990c9e80c5b | 07/06/2023 03:30:01 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 12 | f44b66e867e84aaf3293899293d256a90cfbac6b | 07/06/2023 03:29:40 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 13 | b98fbaeb8de945537bd5d75062a090dae51305e7 | 07/06/2023 03:29:01 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 14 | ef90a8c0cbd5ad85e1fff280dbe1272c3d247f81 | 07/06/2023 03:28:07 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 15 | c5eeb4a53b1e9ad09fcbdea9f87c33e77a76fa5d | 07/06/2023 03:28:06 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 16 | ab25ef96e6f72f546331a1cffef786a6ca92f532 | 07/06/2023 03:27:29 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 9b48a0d89ad001e3d865537382259a411780312d | 07/06/2023 03:26:49 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 18 | 60589ecffd30320a5c7b902df5093abbce87c1e5 | 07/06/2023 03:26:20 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 19 | 7581486adbc5e109234c53eb45d4096005816856 | 07/06/2023 03:26:01 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 20 | 4d347c3b922537deca1e7d90591bcf15f763e318 | 07/06/2023 03:24:54 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 21 | 7e26d631948ba62b7022f1ca2d036125949beb84 | 07/06/2023 03:24:46 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 22 | 7ebd25f84dbcb4fff907b40b0d7e8f3be53ece2b | 07/06/2023 03:24:03 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 23 | 73fc532ac1b985a0d6a8ac0e61dba029b4974e9b | 07/06/2023 03:23:44 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 24 | 525f00bf352cf573380e663132ec445531629a22 | 07/06/2023 03:22:56 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |
| 25 | 27c3d3574b9c056507577ac454d9f5dcb35239d6 | 07/06/2023 03:20:27 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |
| 26 | 1093c8247752ebfe1eca68bd32ce7d2733601137 | 07/06/2023 03:20:20 | Blacked | 05/06/2023 | 05/15/2023 | PA0002411299 |
| 27 | 076639683893c394998e73d13f53bb2ee4ce3df2 | 07/06/2023 03:18:57 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |
| 28 | 0185608d5fc14c71957a6af0a95e6b9a69ed9ba0 | 07/06/2023 03:17:57 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 29 | 03084844dbf24e1040f9e2a666dc6e2a8031e58f | 07/06/2023 03:17:54 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 30 | 9f35df45936488fcb0d2ae93448a92edfb700d6e | 05/07/2023 22:51:46 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 31 | e70eb5b746e398132c3e7f77957e806a4d5584f9 | 05/07/2023 22:49:49 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 32 | 25090b9bad6cde241568913e5e3f3b7930400e1c | 05/07/2023 22:47:55 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 33 | 7b62855029df45e29373896daef5941f1bd3a57b | 05/07/2023 22:47:15 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 34 | 2d43246e337d836fbda1d3c9d1b574b067658953 | 05/07/2023 22:47:15 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | d28b8b798952f7ef3248ad09ce4e5fb0ee2d6a35 | 05/07/2023 22:46:40 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |
| 36 | afdaf2670bb44482da3209d86d5607da361e9266 | 05/07/2023 22:46:31 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 37 | d069089ab13a3673c776d2962192177eb5955c98 | 05/07/2023 22:46:14 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 38 | 247e71b595efd4a85203f975b66308a30213b08e | 03/30/2023 00:39:46 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 39 | e18127b829a6ef5d124d3f21f768e7bf4b78e2b2 | 03/30/2023 00:23:08 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 40 | 62bd948555f258456716e1888aa972f8907d61ba | 01/02/2023 00:07:47 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |